UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DUSTIN N. CARMINE
AKA: DUSTIN NATHANIEL CARMINE
AMANDA CECEILA CARMINE
AKA: AMANDA DOAN, AMANDA WOLK

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-03015-HWV

DUSTIN N. CARMINE
AKA: DUSTIN NATHANIEL CARMINE
AMANDA CECEILA CARMINE
AKA: AMANDA DOAN, AMANDA WOLK

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 20, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 20, 2020, the Debtor(s) is/are $5258.66 in arrears with a plan payment having last been made on Apr 06, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 20, 2020

| | |
|---|---|
| IN RE: DUSTIN N. CARMINE<br>AKA: DUSTIN NATHANIEL CARMINE<br>AMANDA CECEILA CARMINE<br>AKA: AMANDA DOAN, AMANDA WOLK<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br><br><br>CASE NO: 1-18-03015-HWV |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| BRENT DIEFENDERFER ESQUIRE<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK, PA 17401- | SERVED ELECTRONICALLY |
| DUSTIN N. CARMINE<br>AMANDA CECEILA CARMINE<br>130 BAUGHER DRIVE<br>HANOVER, PA 17331 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2020

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com