United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Dustin N. Carmine  
Amanda Ceceila Carmine  
    Debtor(s)

Case No. 18-03015-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 25, 2020      Form ID: pdf010      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dustin N. Carmine, 130 Baugher Drive, Hanover, PA 17331-4003 |
| jdb | + | Amanda Ceceila Carmine, 2831 Robern Avenue, Parkville, MD 21234-4018 |
| 5086263 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5086269 | + | CARMAX AUTO FINANCE, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 440609, KENNESAW, GA 30160-9511 |
| 5086270 | + | CBY BUREAU OF YORK, INC., 33 SOUTH DUKE STREET, YORK, PA 17401-1485 |
| 5086274 | + | COMMERCIAL ACCEPTANCE COMPANY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5100504 | + | CarMax Auto Finance, 225 Chastain Meadows Court Suite 210, Kennesaw, GA 30144-5942 |
| 5086276 | #+ | EXPRESS CARE, 1404 BALTIMORE STREET, HANOVER, PA 17331-8698 |
| 5108907 | | Emergency Physician Associate of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5347911 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5347912 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 5086277 | + | MCCABE, WEISBERG & CONWAY P.C., 123 S. BROAD STREET, SUITE 1400, PHILADELPHIA, PA 19109-1060 |
| 5086278 | | MEMORIAL HOSPITAL, PO BOX 505167, SAINT LOUIS, MO 63150-5167 |
| 5086279 | + | MORTGAGE RESEARCH CENTER, LLC, VETERANS UNITED HOME LOANS, 425 PHILLIPS BLVD., TRENTON, NJ 08618-1430 |
| 5109508 | + | Mortgage Research Center, LLC, c/o McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 5114997 | + | Mortgage Research Center, LLC d/b/a, Veterans United Home Loans, a Missouri L, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 5086265 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5086264 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5086282 | + | SOUTH SHORE BANK, ATTN: BANKRUPTCY, PO BOX 151, WEYMOUTH, MA 02188-0904 |
| 5105158 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 5086283 | + | US DEPTARTMENT OF EDUCATION/GREAT LAKES, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 5086285 | | WELLSPAN HEALTH, P. O. BOX 742688, CINCINNATI, OH 45274-2688 |
| 5086284 | + | WELLSPAN HEALTH, 147 GETTYS STREET, P.O. BOX 3786, GETTYSBURG, PA 17325-0786 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5086267 | + | Email/Text: bkrpt@retrievalmasters.com | Nov 25 2020 19:26:00 | AMCA/AMERICAN MEDICAL COLLECTION AGENCY, ATTENTION: BANKRUPTCY, 4 WESTCHESTER PLAZA, SUITE 110, ELMSFORD, NY 10523-1615 |
| 5086268 | + | Email/Text: bky@americanprofit.net | Nov 25 2020 19:27:00 | AMERICAN PROFIT RECOVERY, ATTN: BANKRUPTCY, 34505 W 12 MILE ROAD #333, FARMINGTON HILLS, MI 48331-3288 |
| 5108701 | + | Email/Text: g20956@att.com | Nov 25 2020 19:27:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5086272 | + | Email/Text: DATA@COLLECTIONCENTERIND.COM | Nov 25 2020 19:27:00 | COLLECTION CENTER, ATTN COLLECTIONS/BANKRUPTCY, PO BOX 8666, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LANCASTER, PA 17604-8666 |
| 5086273 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 25 2020 19:26:00 | | COMENITY BKL/ULTA, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5086275 | + | Email/PDF: pa_dc_ed@navient.com Nov 25 2020 19:58:50 | | DEPT OF ED / NAVIENT, ATTN: CLAIMS DEPT, PO BOX 9635, WILKES BARR, PA 18773-9635 |
| 5086266 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 25 2020 19:26:00 | | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5086271 | | Email/PDF: ais.chase.ebn@americaninfosource.com Nov 25 2020 19:58:49 | | CHASE CARD SERVICES, CORRESPONDENCE DEPT, PO BOX 15298, WILMINGTON, DE 19850 |
| 5086280 | + | Email/Text: bankruptcydepartment@tsico.com Nov 25 2020 19:27:00 | | NCC BUSINESS SVCS INC, 9428 BAYMEADOWS RD. SUITE 200, JACKSONVILLE, FL 32256-7912 |
| 5113858 | | Email/PDF: pa_dc_claims@navient.com Nov 25 2020 19:59:10 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5094964 | | Email/PDF: cbp@onemainfinancial.com Nov 25 2020 19:59:08 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5086281 | + | Email/PDF: cbp@onemainfinancial.com Nov 25 2020 19:58:49 | | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, 601 NW 2ND STREET, EVANSVILLE, IN 47708-1013 |
| 5087000 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 25 2020 19:58:50 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5105302 | | Email/Text: bnc-quantum@quantum3group.com Nov 25 2020 19:26:00 | | Quantum3 Group LLC as agent for, CASCADE CAPITAL LLC SERIES C, PO Box 788, Kirkland, WA 98083-0788 |
| 5110573 | | Email/Text: bnc-quantum@quantum3group.com Nov 25 2020 19:26:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5086286 | + | Email/Text: kcm@yatb.com Nov 25 2020 19:26:00 | | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5086262 | *+ | DUSTIN N. CARMINE, 130 BAUGHER DRIVE, HANOVER, PA 17331-4003 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2020　　　　　　　　Signature:　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brent Diefenderfer | on behalf of Debtor 2 Amanda Ceceila Carmine bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| Brent Diefenderfer | on behalf of Debtor 1 Dustin N. Carmine bdiefenderfer@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Raymond M Kempinski | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DUSTIN N. CARMINE<br>AKA: DUSTIN NATHANIEL CARMINE<br>　　　　　　　　　　Debtor 1 | Chapter:　13<br><br>Case No.:　1-18-03015-HWV |
| AMANDA CECEILA CARMINE<br>AKA: AMANDA DOAN, AMANDA WOLK<br>　　　　　　　　　　Debtor 2 | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>　　vs.　　　　　　　Movant(s) | |
| DUSTIN N. CARMINE<br>AKA: DUSTIN NATHANIEL CARMINE<br>AMANDA CECEILA CARMINE<br>AKA: AMANDA DOAN, AMANDA WOLK<br>　　　　　　　　　Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 25, 2020　　　　By the Court,

　　　　　　　　　　　　　　　　_Henry W. Van Eck_
　　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge (CD)